UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MORRELL,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 17-CV-05645 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a detainee proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 1, 2017, the court noted that it was unclear whether petitioner has been convicted or if the prosecution was ongoing. In the petition, petitioner argued that a judge had been speaking with the prosecutor and defense counsel without petitioner's knowledge, petitioner's counsel was not reading petitioner's letters, and false medical records were being considered. The court informed petitioner that it appeared that his case was barred by *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), which prohibits federal courts from interfering with ongoing state criminal proceedings absent extraordinary circumstances. It also appeared that petitioner did not exhaust any state judicial remedies. The court ordered petitioner to show cause within 21 days

Case No. 17-CV-05645 LHK (PR)
ORDER OF DISMISSAL

why the case should not be dismissed under *Younger* or as unexhausted. Dkt. No. 9. Thereafter, petitioner requested, and the court granted, an extension of time within which to provide a response. Dkt. No. 12. Petitioner was granted until December 21, 2017, to respond to the order to show cause.

On December 6, 2017, December, 21, 2017, and January 18, 2018, petitioner sent letters to this court. Dkt. Nos. 13, 14, 17. In none of those letters does plaintiff show cause why the case should not be dismissed under *Younger* or as unexhausted. Accordingly, this case is dismissed without prejudice. The clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 2/2/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 17-CV-05645 LHK (PR)
ORDER OF DISMISSAL